



Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in NY, NJ and D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2021

VIA CM/ECF

March 19, 2021

United States District Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re:**    ***Mercer v. Long Beach Hotel, Inc.*, Case No.: 1:21-cv-0072-AJN**

Dear U.S. District Judge Nathan:

    This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. Today, we filed a motion for default judgment against the defendant, Long Beach Hotel, Inc., which is currently pending. As a result, we are requesting a 30-day adjournment of the initial conference currently scheduled for March 26, 2021, at 3:00 p.m., including all other deadlines related to the Initial Pretrial Conference Order (D.E. 5). This is our first request for an adjournment, and our request will not prejudice any of the parties or affect any other scheduled dates since the Defendant has not yet appeared in this action.

    We thank the Court for your time and consideration in this matter.

    Respectfully submitted,

    BASHIAN & PAPANTONIOU, P.C.

    */s/ Erik M. Bashian*

    _____
    Erik M. Bashian, Esq.

cc: Long Beach Hotels, Inc. *(via regular mail)*

> The initial pre-trial conference is hereby adjourned *sine die*. Plaintiff is ordered to serve this memorandum endorsement on the Defendant.
> SO ORDERED. /s/ Alison J. Nathan
>
> 3/22/2021

500 OLD COUNTRY ROAD, SUITE 302, GARDEN CITY, NEW YORK 11530   T: (516) 279-1555   F: (516) 213-0339   WWW.BASHPAPLAW.COM