```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Stacey Mercer,

                Plaintiff,                21-cv-72 (AJN)

      -v-                          ORDER

Long Beach Hotel,

                Defendant.

------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      On March 26, 2021, the Court received a call from the Defendant regarding the initial pretrial conference. The Court also received an email directly from defense counsel.

      As noted in Dkt. No. 19, the initial pretrial conference was adjourned *sine die.*

      Plaintiff is hereby ORDERED to serve a copy of this Order on the Defendant and to note proof of service on the public docket. In doing so, Plaintiff is further ORDERED to serve this Court's Individual Practices in Civil Cases on Defendant. Defendant is further ORDERED to promptly enter a notice of appearance on ECF, as provided for in this Court's Individual Rules.

      SO ORDERED.

Dated: March 26, 2021
       New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge